1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700/Facsimile: (916) 498-5710
5  Noa_Oren@fd.org

6  Attorney for Defendant
   CHRISTOPHER GRADY
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 15-cr-204 GEB
                                       )
12              Plaintiff,             )
                                       )   STIPULATION TO CONTINUE STATUS
13        v.                           )   CONFERENCE AND TO EXCLUDE TIME
                                       )
14  CHRISTOPHER GRADY et al,           )   Date:  December 4, 2015
                                       )   Time:  9:00 a.m.
15              Defendant.             )   Judge: Garland E. Burrell
                                       )
16
17          IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

18  through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, Gregory

19  Foster, attorney for Jeffrey S. Grady, William E. Bonham, attorney for Jacob W. Cook, and

20  Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney

21  for Christopher Grady, that the status conference scheduled for December 4, 2015 be vacated and

22  continued to January 8, 2016 at 9:00 a.m. Defendant Tosh Babu has not yet been arraigned or

23  appointed an attorney.

24          The reasons for the continuance are to review additional discovery with client and to

25  continuing investigating the facts of the case.

26          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

27  excluded of this order's date through and including January 8, 2016;  pursuant to 18 U.S.C.

28

1   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2   based upon continuity of counsel and defense preparation.

3        Counsel and the defendant also agree that the ends of justice served by the Court granting

4   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5

6   DATED: December 2, 2015          HEATHER E. WILLIAMS
                                     Federal Defender
7

8                                    /s/ Noa E. Oren
                                     NOA E. OREN
9                                    Assistant Federal Defender
                                     Attorney for Defendant
10                                   CHRISTOPHER GRADY

11  DATED:  December 2, 2015         /s/ Gregory W. Foster
                                     GREGORY W. FOSTER
12                                   Attorney for Jeffrey S. Grady

13
    DATED:  December 2, 2015         /s/ William E. Bonham
14                                   WILLIAM E. BONHAM
                                     Attorney for Jacob W. Cook
15

16  DATED: December 2, 2015          BENJAMIN B. WAGNER
                                     United States Attorney
17

18                                   /s/ Matthew Morris
                                     MATTHEW MORRIS
19                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

1

## **O R D E R**

2         IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4  its order. The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice are served by granting the requested

7  continuance and outweigh the best interests of the public and defendant in a speedy trial.

8         The Court orders the time from the date the parties stipulated, up to and including

9  January 8, 2016  shall be excluded from computation of time within which the trial of this case

10  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11  and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12  is further ordered the December 4, 2015 status conference shall be continued until January 8,

13  2016  at 9:00 a.m.

14  Dated:  December 2, 2015

15

16

17  _____
    GARLAND E. BURRELL, JR.
18  Senior United States District Judge

19

20

21

22

23

24

25

26

27

28