1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-204-GEB |
11 | Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION AND PROTECTED TAX INFORMATION |
12 | v. | |
13 | CHRISTOPHER M. GRADY, JEFFREY S. GRADY, and JACOB COOK, | |
14 | | |
15 | Defendants. | |

16

17

18   IT IS HERBEY STIUPLATED AND AGREED by the above-named parties that some of the

19 materials provided as discovery in this case to defense counsel are subject to a Protective Order.

20 Defendants are charged with offenses related to an alleged tax refund fraud scheme.

21   The parties agree that discovery in this case contains "Protected Information," including, but not

22 limited to, victim and witness tax information and records, social security numbers, addresses, bank

23 account information, and dates of birth. The Protective Order extends to all materials provided to the

24 defense, including those concerning conduct not directly charged in the Indictment.

25   Through this Stipulation, defense counsel agree that the Protected Information is entrusted to

26 counsel only for the purposes of representing their clients in this criminal case and for no other purpose.

27 Further, defense counsel agree not to share any documents that contain Protected Information with

28 anyone other than designated defense investigators, experts, and support staff. Defense counsel will

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE:
DISCOVERY CONTAINING PERSONAL IDENTIFYING                    1
INFORMATION

1  have a duty to inform their defense investigators, experts, and support staff of this Order and provide

2  them with a copy of it.  Defense counsel may permit the defendants to review the Protected Information

3  and be aware of its contents, but defendants shall not be given control of the Protected Information or

4  provided any copies of the Protected Information that have not been redacted of the Protected

5  Information.  Any person receiving Protected Information or a copy of the Protected Information from

6  defendants' counsel shall be bound by the same obligations as counsel and further may not give the

7  Protected Information to anyone (except that the protected documents shall be returned to counsel).

8       Counsel agree to store Protected Information in a secure place and to use care to ensure that

9  information is not disclosed to third parties in violation of this agreement.  At the conclusion of the case,

10 defense counsel agree to destroy all copies of Protected Information or to return the Protected

11 Information to the United States and certify that this has been accomplished, except that counsel for

12 each named defendant may retain one copy of the Protected Information under seal in their files along

13 with a copy of this Protective Order at the conclusion of the case in the event of future litigation.

14      Notwithstanding the foregoing, counsel, staff and/or the investigators for the defendants may

15 make copies of the Protected Information for trial preparation and presentation.  Any copies must,

16 however, remain in the possession of counsel, investigator, staff, expert or the court.

17      Nothing in this Stipulation and Protective Order prevents defense counsel or the defendants from

18 maintaining unredacted copies of records concerning the defendants' own Protected Information.

19      In the event that the defendant substitutes counsel, undersigned defense counsel agrees to

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER RE: DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION    2

withhold these documents form new counsel unless and until substituted counsel agrees also so be bound by this order.

Dated:  March 1, 2016            BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  /s/ MATTHEW G. MORRIS
                                 MATTHEW G. MORRIS
                                 Assistant United States Attorney

Dated:  March 1, 2016       By:  /s/ NOA OREN (auth by email)
                                 NOA OREN
                                 Attorney for CHRISTOPHER M. GRADY

Dated:  March 1, 2016       By:  /s/ GREG FOSTER (auth by email)
                                 GREG FOSTER
                                 Attorney for JEFFREY S. GRADY

Dated:  March 1, 2016       By:  /s/ WILLIAM BONHAM (auth by email)
                                 WILLIAM BONHAM
                                 Attorney for JACOB COOK

**IT IS SO ORDERED:**

Dated:  March 1, 2016.

                                 _____
                                 HONORABLE EDMUND F. BRENNAN
                                 U.S. Magistrate Judge