BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-204-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER RE: DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION AND PROTECTED TAX INFORMATION |
| v. | |
| CHRISTOPHER M. GRADY, JEFFREY S. GRADY, and JACOB COOK, | |
| Defendants. | |

IT IS HERBEY STIUPLATED AND AGREED by the above-named parties that some of the materials provided as discovery in this case to defense counsel are subject to a Protective Order. Defendants are charged with offenses related to an alleged tax refund fraud scheme.

The parties agree that discovery in this case contains "Protected Information," including, but not limited to, victim and witness tax information and records, social security numbers, addresses, bank account information, and dates of birth. The Protective Order extends to all materials provided to the defense, including those concerning conduct not directly charged in the Indictment.

Through this Stipulation, defense counsel agree that the Protected Information is entrusted to counsel only for the purposes of representing their clients in this criminal case and for no other purpose. Further, defense counsel agree not to share any documents that contain Protected Information with anyone other than designated defense investigators, experts, and support staff.  Defense counsel will

1  have a duty to inform their defense investigators, experts, and support staff of this Order and provide
2  them with a copy of it.  Defense counsel may permit the defendants to review the Protected Information
3  and be aware of its contents, but defendants shall not be given control of the Protected Information or
4  provided any copies of the Protected Information that have not been redacted of the Protected
5  Information.  Any person receiving Protected Information or a copy of the Protected Information from
6  defendants' counsel shall be bound by the same obligations as counsel and further may not give the
7  Protected Information to anyone (except that the protected documents shall be returned to counsel).

8       Counsel agree to store Protected Information in a secure place and to use care to ensure that
9  information is not disclosed to third parties in violation of this agreement.  At the conclusion of the case,
10 defense counsel agree to destroy all copies of Protected Information or to return the Protected
11 Information to the United States and certify that this has been accomplished, except that counsel for
12 each named defendant may retain one copy of the Protected Information under seal in their files along
13 with a copy of this Protective Order at the conclusion of the case in the event of future litigation.

14      Notwithstanding the foregoing, counsel, staff and/or the investigators for the defendants may
15 make copies of the Protected Information for trial preparation and presentation.  Any copies must,
16 however, remain in the possession of counsel, investigator, staff, expert or the court.

17      Nothing in this Stipulation and Protective Order prevents defense counsel or the defendants from
18 maintaining unredacted copies of records concerning the defendants' own Protected Information.

19      In the event that the defendant substitutes counsel, undersigned defense counsel agrees to
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER RE:
DISCOVERY CONTAINING PERSONAL IDENTIFYING      2
INFORMATION

withhold these documents form new counsel unless and until substituted counsel agrees also so be bound by this order.

Dated:  March 1, 2016             BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   /s/ MATTHEW G. MORRIS
                                  MATTHEW G. MORRIS
                                  Assistant United States Attorney

Dated:  March 1, 2016       By:   /s/ NOA OREN (auth by email)
                                  NOA OREN
                                  Attorney for CHRISTOPHER M. GRADY

Dated:  March 1, 2016       By:   /s/ GREG FOSTER (auth by email)
                                  GREG FOSTER
                                  Attorney for JEFFREY S. GRADY

Dated:  March 1, 2016       By:   /s/ WILLIAM BONHAM (auth by email)
                                  WILLIAM BONHAM
                                  Attorney for JACOB COOK

**IT IS SO ORDERED:**

Dated:  March 1, 2016.

                                  HONORABLE EDMUND F. BRENNAN
                                  U.S. Magistrate Judge