HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
CHRISTOPHER GRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-cr-00204-TLN |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER GRADY et al, ) | Date:  August 25, 2016 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Troy L. Nunley |
| ) | |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, acting U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Christopher Grady, that the status conference scheduled for August 25, 2016 be vacated and continued to September 8, 2016 at 9:30 a.m.

   The reason for the continuance is in order to try to resolve the case globally towards a non-trial resolution. Defense counsel also requires more time to review discovery.

   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 8, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 11, 2016         HEATHER E. WILLIAMS
                               Federal Defender

                               /s/ *Noa E. Oren*
                               NOA E. OREN
                               Assistant Federal Defender
                               Attorney for Defendant
                               CHRISTOPHER GRADY

DATED: August 11, 2016         PHILLIP A. TALBERT
                               Acting United States Attorney

                               /s/ *Matthew Morris*
                               MATTHEW MORRIS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 8, 2016  shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 25, 2016 status conference shall be continued until September 8, 2016  at 9:30 a.m for defendant Christopher Grady.

DATED: August 11, 2016

_____
Troy L. Nunley
United States District Judge