HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
CHRISTOPHER GRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00204 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | ) ) | |
| CHRISTOPHER GRADY et al, | ) ) | Date:  September 8, 2016 Time:  9:30 a.m. |
| Defendant. | ) ) | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, acting U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, Christopher Cosca, attorney for Tosh Babu, William E. Bonham, attorney for Jacob W. Cook, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Christopher Grady, that the status conference scheduled for September 8, 2016 be vacated and continued to November 17, 2016 at 9:30 a.m.

The reason for the continuance is in order to try to resolve the case globally towards a non-trial resolution. Defense counsel also requires more time to review additional discovery.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 17, 2016; pursuant to 18 U.S.C.

1 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
2 based upon continuity of counsel and defense preparation.
3       Counsel and the defendant also agree that the ends of justice served by the Court granting
4 this continuance outweigh the best interests of the public and the defendant in a speedy trial.

6 DATED: September 6, 2016          HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ *Noa E. Oren*
                                    NOA E. OREN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CHRISTOPHER GRADY

11 DATED: September 6, 2016         /s/ *Christopher Richard Cosca*
                                    CHRISTOPHER COSCA
                                    Attorney for Tosh Babu

13 DATED: September 6, 2016         /s/ *William E. Bonham*
                                    WILLIAM E. BONHAM
                                    Attorney for Jacob W. Cook

16 DATED: September 6, 2016         PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    /s/ *Matthew Morris*
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 17, 2016  shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 8, 2016 status conference shall be continued until November 17, 2016  at 9:30 a.m for defendants Christopher Grady, Tosh Babu, and Jacob Cook.

DATED:  September 6, 2016

Troy L. Nunley
United States District Judge