HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
CHRISTOPHER GRADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER GRADY et al, <br><br> Defendant. | Case No. 2:15-cr-00204 TLN <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME <br><br> Date: November 17, 2016 <br> Time: 9:30 a.m. <br> Judge: Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, acting U.S. Attorney, through Matthew Morris, Assistant United States Attorney, Gregory W. Foster, attorney for Jeffrey S. Grady, Christopher R. Cosca, attorney for Tosh Babu, William E. Bonham, attorney for Jacob W. Cook, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Christopher Grady, that the status conference scheduled for November 17, 2016 be vacated and continued to December 15, 2016 at 9:30 a.m.

   The reason for the continuance is in order to try to resolve the case globally towards a non-trial resolution. Defense counsel also requires more time to review discovery.

   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 15, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

    Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 15, 2016      HEATHER E. WILLIAMS
    Federal Defender

    /s/ *Noa E. Oren*
    NOA E. OREN
    Assistant Federal Defender
    Attorney for Defendant
    CHRISTOPHER GRADY

DATED: November 15, 2016      /s/ *Gregory W. Foster*
    GREGORY W. FOSTER
    Attorney for Jeffrey S. Grady

DATED: November 15, 2016      /s/ *Christopher Richard Cosca*
    CHRISTOPHER COSCA
    Attorney for Tosh Babu

DATED: November 15, 2016      /s/ *William E. Bonham*
    WILLIAM E. BONHAM
    Attorney for Jacob W. Cook

DATED: November 15, 2016      PHILLIP A. TALBERT
    Acting United States Attorney

    /s/ *Matthew Morris*
    MATTHEW MORRIS
    Assistant U.S. Attorney
    Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 15, 2016 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 17, 2016 status conference shall be continued until December 15, 2016 at 9:30 a.m for all defendants.

DATED: November 15, 2016

Troy L. Nunley
United States District Judge