1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    NOA E. OREN, #297100
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700/Facsimile: (916) 498-5710
5    Noa_Oren@fd.org

6

     Attorney for Defendant
7    CHRISTOPHER GRADY

8

               IN THE UNITED STATES DISTRICT COURT
9
            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11    UNITED STATES OF AMERICA,         )   Case No. 2:15-cr-00204 TLN
                                   )
12          Plaintiff,              )   STIPULATION AND ORDER TO CONTINUE
                                   )   STATUS CONFERENCE AND TO EXCLUDE
13       v.                    )   TIME
                                   )
14    CHRISTOPHER GRADY et al,        )   Date:   December 15, 2016
                                   )   Time:  9:30 a.m.
15          Defendant.          )   Judge: Troy L. Nunley
                                   )
16

17        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, U.S. Attorney,

18   through Matthew Morris, Assistant United States Attorney, Gregory W. Foster, attorney for

19   Jeffrey S. Grady, Christopher R. Cosca, attorney for Tosh Babu, William E. Bonham, attorney

20   for Jacob W. Cook, and Heather Williams, Federal Defender, through Assistant Federal

21   Defender, Noa E. Oren, attorney for Christopher Grady, that the status conference scheduled for

22   December 15, 2016 be vacated and continued to January 19, 2017 at 9:30 a.m.

23        The reason for the continuance is in order to try to resolve the case globally towards a

24   non-trial resolution. Defense counsel also requires more time to review discovery.

25        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26   excluded of this order's date through and including January 19, 2017;  pursuant to 18 U.S.C.

27   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

28

     Stipulation and Order to Continue           -1-              *US v. Grady*, 15-cr-204 TLN

1  based upon continuity of counsel and defense preparation.

2         Counsel and the defendant also agree that the ends of justice served by the Court granting

3  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

4

5  DATED: December 7, 2016                    HEATHER E. WILLIAMS
                                              Federal Defender

6
                                             /s/ *Noa E. Oren*
7                                            NOA E. OREN
                                             Assistant Federal Defender
8                                            Attorney for Defendant
9                                            CHRISTOPHER GRADY

10 DATED: December 7, 2016                    /s/ *Gregory W. Foster*
                                             GREGORY W. FOSTER
11                                           Attorney for Jeffrey S. Grady

12
   DATED: December 7, 2016                    /s/ *Christopher Richard Cosca*
13                                           CHRISTOPHER COSCA
                                             Attorney for Tosh Babu
14
15 DATED: December 7, 2016                    /s/ *William E. Bonham*
                                             WILLIAM E. BONHAM
16                                           Attorney for Jacob W. Cook

17 DATED: December 7, 2016                    PHILLIP A. TALBERT
                                             United States Attorney
18
19                                           /s/ *Matthew Morris*
                                             MATTHEW MORRIS
20                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff
21

22

23

24

25

26

27

28

1

**O R D E R**

2        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8        The Court orders the time from the date the parties stipulated, up to and including

9   January 19, 2017 shall be excluded from computation of time within which the trial of this case

10  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11  and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12  is further ordered the December 15, 2016 status conference shall be continued until January 19,

13  2017 at 9:30 a.m for all defendants.

14

DATED: Dcember 7, 2016

15

16                                            Troy L. Nunley
                                              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28