PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. GRADY,<br>JEFFREY S. GRADY,<br>TOSH BABU, AND<br>JACOB W. COOK,<br><br>Defendants. | CASE NO. 2:15-CR-204-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 19, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on January 19, 2017.

2. By this stipulation, defendants now move to continue the status conference until February 16, 2017, and to exclude time between January 19, 2017, and February 16, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes voluminous records and spreadsheets related to tax refunds and witness interviews All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time review the discovery and evaluate the case and consider potential resolution.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 19, 2017 to February 16, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 17, 2017                                    PHILLIP A. TALBERT
                                                            United States Attorney

                                                            /s/ MATTHEW G. MORRIS
                                                            MATTHEW G. MORRIS
                                                           Assistant United States Attorney

Dated:  January 17, 2017                                    /s/ NOA OREN (auth by email)
                                                           NOA OREN
                                                           Assistant Federal Defender
                                                           Counsel for Defendant
                                                           CHRISTOPHER M. GRADY

Dated:  January 17, 2017        /s/ GREG FOSTER (auth by email)
GREG FOSTER
Counsel for Defendant
JEFFREY S. GRADY

Dated:  January 17, 2017        /s/ CHRIS COSCA (auth by email)
CHRIS COSCA
Counsel for Defendant
TOSH BABU

Dated:  January 17, 2017        /s/ WILLIAM BONHAM (auth by email)
WILLIAM BONHAM
Counsel for Defendant
JACOB W. COOK

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of January, 2017.

_____
Troy L. Nunley
United States District Judge