PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-204-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CHRISTOPHER M. GRADY, JEFFREY F. GRADY, and JACOB W. COOK | DATE: February 16, 2017 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on February 16, 2017.

2.      By this stipulation, defendants C. Grady, J. Grady, and Cook now move to continue the status conference for those three defendants until March 2, 2017, and to exclude time between February 16, 2017, at 9:30 a.m., and March 2, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes more than 2,000 pages of reports and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to consider the discovery and discuss potential resolution with their clients.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

1        c)     Counsel for defendants believe that failure to grant the above-requested

2 continuance would deny counsel the reasonable time necessary for effective preparation, taking

3 into account the exercise of due diligence.

4        d)     The government does not object to the continuance.

5        e)     Based on the above-stated findings, the ends of justice served by continuing the

6 case as requested outweigh the interest of the public and the defendant in a trial within the

7 original date prescribed by the Speedy Trial Act.

8        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9 et seq., within which trial must commence, the time period of February 16, 2017 to March 2,

10 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

11 T4] because it results from a continuance granted by the Court at defendants' request on the basis

12 of the Court's finding that the ends of justice served by taking such action outweigh the best

13 interest of the public and the defendant in a speedy trial.

14    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

15 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16 must commence.

17     IT IS SO STIPULATED.

Dated:  February 13, 2017                   PHILLIP A. TALBERT
                                        United States Attorney

                                      /s/ MATTHEW G. MORRIS
                                      MATTHEW G. MORRIS
                                      Assistant United States Attorney

Dated:  February 13, 2017                   HEATHER E. WILLIAMS
                                        Federal Defender

                                      by /s/ NOA OREN
                                      NOA OREN
                                      Assistant Federal Defender
                                      Counsel for Defendant
                                      CHRISTOPHER M. GRADY

28

Dated:  February 13, 2017                    /s/ GREG FOSTER
                                             GREG FOSTER
                                             Counsel for Defendant
                                             JEFFREY S. GRADY


Dated:  February 13, 2017                    /s/ WILLIAM BONHAM
                                             WILLIAM BONHAM
                                             Counsel for Defendant
                                             JACOB W. COOK


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of February, 2017.


Troy L. Nunley
United States District Judge