UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JULY 13, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER M. GRADY,

Defendant.

Case No. 2:15-CR-00204-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CHRISTOPHER M. GRADY, Case No. 2:15-CR-00204-TLN Charges 18 U.S.C. § 286 and 18 U.S.C. § 1028A, from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ \_\_\_\_\_

\_\_\_\_\_   Unsecured Appearance Bond $ \_\_\_\_\_

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

**X**   (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on July 13, 2017 at 12:00 PM.

By: _[signature]_

District Judge Troy L. Nunley