UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Troy L. Nunley<br>United States District Judge<br>Sacramento, California | RE:  **Jacob W. Cook**<br>**Docket Number:  0972 2:15CR00204-4**<br>**<u>Restitution Correction</u>** |

Your Honor:

On September 7, 2017, Jacob W. Cook was sentenced to 30 months imprisonment and three years supervised release following his guilty plea to Count 1 of the Indictment charging a violation of 18 U.S.C. § 286, Conspiracy to Submit False Claims. Additionally, Cook was ordered to pay restitution in the amount of $69,457.68 with $16,682.92 of that total amount to be paid jointly and severally with co-defendant, Christopher Grady (Dkt. 2:15CR00204-1).

However, in reviewing the restitution information in this case, it appears that Cook and co-defendant, Christopher Grady jointly owe the entire amount of $69,457.68. Therefore, I request that the Court correct the restitution order of the Judgment to reflect that Cook shall pay restitution in the amount of $69,457.68 jointly and severally with co-defendant, Christopher Grady (Dkt. 2:15CR00204-1).

RE:     Jacob W. Cook
        Docket Number:   0972 2:15CR00204-4
        <u>Restitution Correction</u>

Respectfully submitted,

*/s/ Julie L. Besabe*

**Julie L. Besabe**
**United States Probation Officer**

Dated:    September 19, 2017
          Sacramento, California

**REVIEWED BY:**    */s/ Scott Storey*

**Scott Storey**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒ Approved      ☐ Disapproved

*/s/ Troy L. Nunley*

September 20, 2017
**Date**                    **Troy L. Nunley**

Attachment(s)

cc:    Matthew G. Morris
       Assistant United States Attorney

       William E. Bonham
       Defense Counsel