# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Troy L. Nunley      **RE: Jacob W. Cook**
United States District Judge      **Docket Number: 0972 2:15CR00204-4**
Sacramento, California      **Restitution Correction**

Your Honor:

On September 7, 2017, Jacob W. Cook was sentenced to 30 months imprisonment and three years supervised release following his guilty plea to Count 1 of the Indictment charging a violation of 18 U.S.C. § 286, Conspiracy to Submit False Claims. Additionally, Cook was ordered to pay restitution in the amount of $69,457.68 with $16,682.92 of that total amount to be paid jointly and severally with co-defendant, Christopher Grady (Dkt. 2:15CR00204-1).

However, in reviewing the restitution information in this case, it appears that Cook and co-defendant, Christopher Grady jointly owe the entire amount of $69,457.68. Therefore, I request that the Court correct the restitution order of the Judgment to reflect that Cook shall pay restitution in the amount of $69,457.68 jointly and severally with co-defendant, Christopher Grady (Dkt. 2:15CR00204-1).

**RE:** Jacob W. Cook
 **Docket Number:   0972 2:15CR00204-4**
 <u>Restitution Correction</u>

Respectfully submitted,

*/s/ Julie L. Besabe*

**Julie L. Besabe**
**United States Probation Officer**

Dated:   September 19, 2017
   Sacramento, California

**REVIEWED BY:**   */s/ Scott Storey*

**Scott Storey**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved         ☐   Disapproved

*/s/ Troy L. Nunley*

September 20, 2017
**Date**                                           **Troy L. Nunley**

Attachment(s)

cc:   Matthew G. Morris
   Assistant United States Attorney

   William E. Bonham
   Defense Counsel