McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. GRADY,<br><br>Defendant. | CASE NO. 2:15-CR-000204-TLN<br><br>STIPULATION AND ORDER DISMISSING CHARGE ONE WITHOUT PREJUDICE, WAIVING PRELIMINARY HEARING DATE, AND SETTING ADMIT/DENY HEARING DATE<br><br>DATE: November 20, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Preliminary Hearing on November 20, 2019.

2. By this stipulation, the United States now moves to dismiss without prejudice Charge 1 in the Petition for Warrant or Summons for Offender Under Supervision. Docket 177.

3. The United States has discussed with the Probation Officer in this case, who agrees with the request for dismissal without prejudice of Charge 1 and is no longer recommending detention. By this stipulation, the parties now move for the release of the defendant under (1) all the conditions he is currently subject to under his supervised release and (2) an additional special condition stating that "The offender shall not have contact directly or indirectly with the confidential victim listed in Modesto

Police Report number MP19030825."

4. By this stipulation, the defendant now waives his right to a Preliminary Hearing and the parties now move to vacate the Preliminary Hearing set on November 20, 2019.

5. By this stipulation, the parties now move to set an Admit/Deny Hearing on December 5, 2019 at 9:30 AM.

6. The defendant made his initial appearance on November 18, 2019.

IT IS SO STIPULATED.

Dated: November 19, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ TANYA B. SYED
TANYA B. SYED
Assistant United States Attorney

Dated: November 19, 2019

/s/ LINDA ALLISON
LINDA ALLISON
Counsel for Defendant
CHRISTOPHER M. GRADY

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: November 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE