UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER M. GRADY,<br><br>　　　　　　　Defendant. | Case No. 2:15-cr-00204-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release __CHRISTOPHER M. GRADY__, Case No. __2:15-cr-00204-TLN__ Charge __18 USC § 3583__, from custody for the following reasons:

　　__X__　Release on Personal Recognizance

　　_____　Bail Posted in the Sum of $ _____

　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　_____　Appearance Bond with 10% Deposit

　　　　　_____　Appearance Bond with Surety

　　　　　_____　Corporate Surety Bail Bond

　　　　　_____　(Other): __Under all the previously imposed terms and conditions, with the additional condition of the__

　　__X__　__defendant shall not have contact directly or indirectly with the confidential victim listed in Modesto Police Report Number MP19030825__

Issued at Sacramento, California on November 20, 2019 at 8:22 a.m.

　　　　　　　　　　　　　　　By:　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney