McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00204-TLN |
| Plaintiff, | STIPULATION AND ORDER DISMISSING CHARGE TWO AND VACATING EVIDENTIARY HEARING |
| v. | |
| CHRISTOPHER M. GRADY, | DATE: January 30, 2020<br>TIME: 1:30 p.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an evidentiary hearing on January 30, 2020.

2. By this stipulation, the United States now moves to dismiss Charge 2 in the Petition for Warrant or Summons for Offender Under Supervision. Docket 177.

3. The United States has discussed with the Probation Officer in this case, who is recommending a dismissal of Charge 2.

4. By this stipulation, the parties now move to vacate the evidentiary hearing set on January 30, 2020.

5. The defendant made his initial appearance on November 18, 2019. The defendant denied

STIPULATION REGARDING DISMISSAL OF CHARGE 1

Charge 2 in the Petition on December 5, 2019.  The defendant is not currently detained.

IT IS SO STIPULATED.

Dated:  January 8, 2020  
McGREGOR W. SCOTT  
United States Attorney

/s/ TANYA B. SYED  
TANYA B. SYED  
Assistant United States Attorney

Dated:  January 8, 2020  
/s/ LINDA ALLISON  
LINDA ALLISON  
Counsel for Defendant  
CHRISTOPHER M. GRADY

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of January, 2020.

Troy L. Nunley  
United States District Judge